I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.8.12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MIKE McDONALD, Warden,<br><br>　　　　Respondent. | Case No. CV 10-8842-JAK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On July 17, 2012, Petitioner filed Objections to the Report and Recommendation, which generally repeat the arguments raised in the Petition. Having made a de novo determination of those portions of the Report and Recommendation to which Petitioner has filed Objections, the Court accepts the findings and recommendations of the Magistrate Judge.

1    IT THEREFORE IS ORDERED that (1) the Petition is denied
2 without leave to amend; (2) Petitioner's requests for an
3 evidentiary hearing, discovery, and oral argument are denied; and
4 (3) Judgment be entered dismissing this action with prejudice.

6 DATED: August 8, 2012
     _____
     JOHN A. KRONSTADT
     U.S. DISTRICT JUDGE